# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZACHARY CASLOW,**

    **Plaintiff,**

**v.**                                                                                       Case No:   6:16-cv-1297-Orl-31GJK

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,**

    **Defendant.**

---

## ORDER

This cause comes before the Court on Defendant's Motion to Tax Costs (Doc. 14) filed August 18, 2016.

On September 8, 2016, the United States Magistrate Judge issued a report (Doc. 16) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant's Motion to Tax Costs is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 26, 2016.

                                                         GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party